HENRY BAARS, APPELLANT, VS. W. F. & J. E. CREARY, APPELLEES.

Though an appeal from the Circuit to the Suprme Court, in a case at law, be applied for in term time, the appeal bond may, under existing legislation, be approved by the Clerk of the Circuit Court in vacation, within thirty days after the term.

Appeal from the Circuit Court for Escambia county.

The facts of the case are stated in the opinion.

*C. B. Parkhill* for the motion.

*J. C. Avery, contra.*

Mr. Justice Raney delivered the opinion of the court:

The appeal was entered in term, but the appeal bond was not tendered or approved until after the adjournment of the term, when, within the thirty days allowed by the act of 1877, (chapter 3008) it was presented to and approved by the Clerk. Relying upon the doctrine of Hall vs. Pinney, 13th Fla., 593, decided about A. D. 1870, it is moved to dismiss the appeal because it was not perfected by the Circuit Judge approving the bond during the term. In Alvord, Kellogg & Campbell vs. Little, 16 Fla., 158, decided in 1877, after the passage of chapter 3008, the second section of which provides that in all cases the bond may be approved by either the Judge or the Clerk, the appeal was entered in term, but, as in this case, the bond was not approved until after the adjournment, and then, as appears by the record, it was approved by the Clerk, yet the appeal was sustained. We do not think the appeal should be dismissed. The motion will be denied, and it will be so ordered.